AO 91 (Rev. 11/11)   Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America | ) | Case: 1:21-mj-00089 |
| v. | ) | Assigned To : Faruqui, Zia M. |
| BLAKE A. REED | ) | Assign. Date : 1/16/2021 |
|  | ) | Description: Complaint w/ Arrest Warrant |
| Date of Birth:  XXXXXXXX | ) |  |
| *Defendant(s)* | ) |  |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of   January 6, 2021   in the county of _____ in the District of   Columbia  , the defendant(s) violated:

| Code Section | Offense Description |

18 USC 1752(a)(1),(2) Knowingly Entering or Remaining in any Restricted Building or Grounds Without Lawful Authority
40 USC 5104(e)(2)(D) & (G) Violent Entry and Disorderly Conduct on Capitol Grounds

This criminal complaint is based on these facts:
See attached statement of facts.

☒ Continued on the attached sheet.

*Complainant's signature*

Daniel J. Senters, Special Agent
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone.

Date:   01/16/2021

2021.01.16 18:57:45 -05'00'

*Judge's signature*

City and state:   Washington D.C.

Zia M. Faruqui, U.S. Magistrate Judge
*Printed name and title*