UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CASE NO. 1:21-mj-00089 |
| ) | MAGISTRATE JUDGE ZIA M. FARUQUI |
| BLAKE A. REED ) | |

**MOTION FOR *PRO HAC VICE* ADMISSION OF PAUL JOSPEH BRUNO AND PERMISSION TO APPEAR IN OPEN COURT ON BEHALF OF BLAKE A. REED**

Comes now Attorney Jenifer Wicks and Attorney Paul Joseph Bruno and hereby move this Honorable Court for *pro hac vice* admission of Attorney Paul Joseph Bruno and for permission for Attorney Paul Joseph Bruno to appear in open court on behalf of Blake A. Reed. In support of this motion, counsel states the following:

1. Attorney Paul Joseph Bruno has discussed the instant motion with Assistant United States Attorney Jamie L. Carter, and she has authorized counsel to represent that the government has no opposition to this motion.

2. Pursuant to District of Columbia Local Criminal Rule 44.1(d), counsel has attached the Declaration of Paul Joseph Bruno. Attorney Paul Joseph Bruno will comply with the Federal Rules of Criminal Procedure and this Court's Local Rules.

3. As stated in the Declaration and to Attorney Jenifer Wicks' knowledge, Attorney Paul Joseph Bruno is an attorney licensed and in good standing in the State of Tennessee, and he has been admitted to practice before and is in good standing with the U.S. District Court for the Middle District of Tennessee.

4. Sponsoring Attorney Jenifer Wicks, a member of the Bar of this Court, moves this Honorable Court to allow Attorney Paul Joseph Bruno to appear *pro hac vice* and for

1

permission for Attorney Paul Joseph Bruno to appear in open court on behalf of Blake A. Reed in this case.

WHEREFORE, Attorney Paul Joseph Bruno and Sponsoring Attorney Jenifer Wicks request that the Court enter an Order granting Attorney Paul Joseph Bruno's admission on a *pro hac vice* basis and for permission for Attorney Paul Joseph Bruno to appear in open court on behalf of Blake A. Reed in this case.

Respectfully submitted,

*/s/ Jenifer Wicks*

Jenifer Wicks, D.C. Bar ID:  465476
P.O. Box 60585
Washington, DC 20039
Telephone:  202-839-5102

# CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing motion has been served by ECF on all parties.  I hereby certify that a true and exact copy of the foregoing *Motion For Pro Hac Vice AdmissionOf Paul Jospeh Bruno And Permission To Appear In Open Court On Behalf Of Blake A. Reed* has been emailed to Jamie L. Carter, Assistant U.S. Attorney, U.S. Attorney's Office for the District of Columbia, 555 4th Street NW, Room 3640, Washington, D.C. 20530, on this the 25th day of January, 2021.

*/s/ Jenifer Wicks*

Jenifer Wicks, D.C. Bar ID:  465476