UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v. )<br>)<br>BLAKE A. REED )<br>) | CASE NO. 1:21-mj-00089<br>MAGISTRATE JUDGE ZIA M. FARUQUI |

### DECLARATION OF PAUL JOSPEH BRUNO (NON-MEMBER) SEEKING PERMISSION TO APPEAR PRO HAC VICE

Comes now Paul Joseph Bruno and hereby provides this Declaration pursuant to District of Columbia Local Criminal Rule 44.1(d).

1. My full name is Paul Joseph Bruno.

2. My office address and telephone number are:

   Bulloch, Fly, Hornsby & Evans PLLC
   302 North Spring Street
   P.O. Box 398
   Murfreesboro, Tennessee 37133-0398
   Telephone: (615) 896-4154

3. I have been admitted to the following Bars:

   Tennessee Supreme Court

   United States Supreme Court

   United States Court of Appeals for the Sixth Circuit

   United States District Court for the Middle District of Tennessee

   United States District Court for the Western District of Tennessee

   *Pro Hac Vice* Admissions:   Commonwealth of Kentucky
   Northern District of Texas
   Eastern District of Tennessee
   Eastern District of Virginia
   Middle District of Georgia
   District of Nebraska

1

4. I certify that I have not been disciplined by any Bar.

5. I have not been admitted *pro hac vice* in this Court within the last two years.

6. I am not a member of the District of Columbia Bar and do not engage in the practice of law from an office located in the District of Columbia.

Respectfully submitted,

*Paul Bruno*

Paul Bruno, TN B.P.R. #17275
Bulloch, Fly, Hornsby & Evans PLLC
P.O. Box 398
Murfreesboro, Tennessee 37133-0398
Telephone: (615) 896-4154

## CERTIFICATE OF SERVICE

I hereby certify that a true and exact copy of the foregoing Declaration of Paul Joseph Bruno has been emailed to Jamie L. Carter, Assistant U.S. Attorney, U.S. Attorney's Office for the District of Columbia, 555 4th Street NW, Room 3640, Washington, D.C. 20530, on this the 25th day of January, 2021.

*Paul Bruno*

Paul Bruno