UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | Mag. No. 21-MJ-00089 |
| v. | ) | U.S.M.J. Zia M. Faruqui |
| | ) | Prelim. Hearing 2/24/21 |
| BLAKE AUSTIN REED | ) | |

## GOVERNMENT'S CONSENT MOTION TO CONVERT

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, respectfully moves the Court to convert the preliminary hearing scheduled for February 25, 2021 at 2:30 p.m. to a status hearing upon joint motion of the parties. The defense agrees to waive the preliminary hearing in this case. See the attached AO468.

The parties also request that the status hearing be moved to March 23, 24, or 25. The defense agrees to toll time for purposes of the speedy trial act. We jointly ask for exclusion of computation of time under the Speedy Trial Act because the ends of justice outweigh the interests of the public and the defendant's right in a speedy trial. This is a complicated case involving voluminous discovery, including thousands of videos, hundreds of similarly-situated defendants, and is part of the ongoing and extensive investigation relating to the January 6, 2021 riot at the United States Capitol.

Respectfully submitted,

MICHAEL R. SHERWIN
Acting United States Attorney

By: *Jamie Carter*
JAMIE CARTER
DC Bar No. 1027970
U.S. Attorney's Office
555 4th Street, N.W., 3rd Floor
Washington, D.C. 20530
Jamie.Carter@usdoj.gov
Tel: (202) 252-6741

AO 468 (Rev. 04/15) Waiver of a Preliminary Hearing

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| Blake Austin Reed | ) | Case No. 21-mj-89 |
| | ) | |
| *Defendant* | ) | |

## WAIVER OF A PRELIMINARY HEARING

I understand that I have been charged with an offense in a criminal complaint filed in this court, or charged with violating the terms of probation or supervised release in a petition filed in this court. A magistrate judge has informed me of my right to a preliminary hearing under Fed. R. Crim. P. 5.1, or to a preliminary hearing under Fed. R. Crim. P. 32.1.

I agree to waive my right to a preliminary hearing under Fed. R. Crim. P. 5.1 or Fed. R. Crim. P. 32.1.

Date: 2/24/21

*Defendant's signature*

*Signature of defendant's attorney*

Paul Bruno   TN #017275

*Printed name and bar number of defendant's attorney*

P.O. Box 398 Murfreesboro, TN 37133

*Address of defendant's attorney*

pauljbruno@bfhelow.com

*E-mail address of defendant's attorney*

615 . 896 . 4154

*Telephone number of defendant's attorney*

615 . 896 . 4152

*FAX number of defendant's attorney*